OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 JUN. 03. 2015.
$ 000.27⁵

WR-83,321-01

6/3/2015
RENO, PETER T.
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Tr. Ct. No. 1325063-A

Abel Acosta, Clerk

PETER T. RENO